**JS-6**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT A. TORRES, | Case No. 22-cv-00053-FWS-AGR |
| Plaintiff, | JUDGMENT |
| v. | |
| D. AVALOS, et al, | |
| Defendants. | |

    Pursuant to the Order Dismissing Plaintiff's Second Amended Complaint Without Further Leave to Amend,

    IT IS ADJUDGED that Plaintiff's Second Amended Complaint is dismissed without leave to amend. Judgment is entered dismissing the federal claims with prejudice and the state claims without prejudice.

Dated: March 19, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE